**FILED**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE KENNELLY**
~~MAGISTRATE JUDGE COX~~

In the Matter of                                     Case Number:

Lionel Franklin

v.

LDG Financial Services, LLC and LVNV Funding, LLC                **07 C 6197**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Lionel Franklin

| NAME (Type or print) |
| --- |
| Craig M. Shapiro |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Craig M. Shapiro |

| FIRM |
| --- |
| Horwitz, Horwitz & Associates, Ltd. |

| STREET ADDRESS |
| --- |
| 25 E Washington St Ste 900 |

| CITY/STATE/ZIP |
| --- |
| Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6284475 | (312) 372-8822 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |