U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE KENNELLY**
**MAGISTRATE JUDGE COX**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Lionel Franklin

v.

LDG Financial Services, LLC and LVNV Funding, LLC

Case Number:

**07 C 6197**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Lionel Franklin

| | |
|---|---|
| NAME (Type or print) <br> O. Randolph Bragg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ O. Randolph Bragg | |
| FIRM <br> Horwitz, Horwitz & Associates, Ltd. | |
| STREET ADDRESS <br> 25 E Washington St Ste 900 | |
| CITY/STATE/ZIP <br> Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6221983 | TELEPHONE NUMBER <br> (312) 372-8822 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |