IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| v. | |
| LDG FINANCIAL SERVICES, LLC, LVNV FUNDING, LLC, | Civil Action No. 07-cv-6197 |
| | **Judge Kennelly** |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Lionel Franklin hereby dismisses Defendants LDG Financial Services, LLC and LVNV Funding, LLC with prejudice and states the following in support:

1.　Plaintiff filed his Complaint on November 1, 2007. (Docket # 1).

2.　Defendants have not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Lionel Franklin hereby dismisses Defendants LDG Financial Services, LLC and LVNV Funding, LLC with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(I).


January 4, 2008　　　　　　 s/ Craig M. Shapiro
　　　　　　　　　　　　　Craig M. Shapiro
　　　　　　　　　　　　　O. Randolph Bragg
　　　　　　　　　　　　　HORWITZ, HORWITZ & ASSOCIATES, LTD..
　　　　　　　　　　　　　25 East Washington Street Suite 900
　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　(312) 372-8822
　　　　　　　　　　　　　(312) 372-1673  (Facsimile)

　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF