## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Lionel Franklin
                              Plaintiff,

v.                                             Case No.: 1:07−cv−06197
                                               Honorable Matthew F. Kennelly

LDG Financial Services, LLC, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 9, 2008:


          MINUTE entry before Judge Matthew F. Kennelly : Case is voluntarily dismissed.
Status hearing of 1/14/2008 is vacated. Civil case terminated. (or, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.